UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH ALLEN WARREN,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>DESIREE HULTENSCHMIDT, et al.,<br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-00543-ART-CLB<br><br>Order Denying Motion for Certificate of Appealability, Denying Motion to Stay<br><br>(ECF Nos. 15, 17) |

　　　The Court screened *pro se* Plaintiff Keith Allen Warren's second amended civil rights complaint pursuant to 42 U.S.C. § 1983 and dismissed it with leave to file an amended complaint. Instead, Warren has filed a motion for certificate of appealability. (ECF No. 15.) The Court considers whether to issue or deny a certificate of appealability only when it enters a final order denying a petition for writ of habeas corpus. *See* Rule 11 of the Rules Governing Section 2254 Cases. Accordingly, the Court denies Warren's motion in this civil rights case.

　　　Warren has also filed a motion to stay these proceedings. (ECF No. 17.) As the Court has dismissed his second amended complaint with leave to amend there is no operative complaint to stay. Thus, the motion to stay is denied.

　　　It is therefore ordered that Petitioner's motion for certificate of appealability (ECF No. 15) is denied.

　　　It is further ordered that Petitioner's motion to stay (ECF No. 17) is denied.

　　　Dated this 14th day of January 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE