# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH ALLEN WARREN,<br><br>        Plaintiff,<br><br>v.<br><br>HULTENSCHMIDT, *et al.*,<br><br>        Defendants. | Case No.: 3:23-cv-00543-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>[ECF No. 19] |

Plaintiff Keith Allen Warren brings this civil-rights action under 42 U.S.C. § 1983, claiming that several different incidents involving medical care or lack thereof have violated his Eighth Amendment rights. On December 23, 2024, the Court dismissed the second amended complaint with leave to file a third amended complaint. (ECF No. 14.) Plaintiff now asks the Court for an extension of time in which to file an amended complaint. (ECF No. 19.)

Good cause appearing, **IT IS ORDERED** that Plaintiff's motion for extension of time, (ECF No. 19), is **GRANTED**. The deadline to file an amended complaint is extended to **February 24, 2025.**

**DATED**: January 21, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

1