# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH ALLEN WARREN,<br><br>               Plaintiff,<br><br>v.<br><br>DESIREE HULTENSCHMIDT, *et al*,<br><br>               Defendants. | Case No. 3:23-cv-00543-ART-CLB<br><br>ORDER GRANTING<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, Keith Allen Warren, appearing pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed without prejudice by order of this Court.

///
///
///
///
///

This Stipulation for Dismissal without Prejudice is executed pursuant to a mutual understanding of the parties.

DATED this 17 day of July, 2025.          DATED this 17th day of July, 2025.

                                          AARON D. FORD
                                          Attorney General

By: /s/ Keith Allen Warren                By: /S/ Heidi H. Demers

KEITH ALLEN WARREN                        HEIDI H. DEMERS, Bar No. 17034C
Plaintiff, Pro Se                         Deputy Attorney General

                                          *Attorneys for Interested Party,*
                                          *Nevada Department of Corrections*

**IT IS SO ORDERED.**

/s/ Anne R. Traum
Anne R. Traum
United States District Judge

DATED: <u>July 18, 2025</u>